# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

VIMAL K. SHAH
Direct dial: (973) 425-8744
vshah@mdmc-law.com

June 1, 2010

**VIA E-FILING AND FACSIMILE**

Honorable Michael A. Shipp
United States Magistrate Judge
M.L. King Jr. Fed. Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    **Connolly vs. County of Hudson, et al.**
             **Civil Action No. 09cv4509**
             **MDMC File No. C0636-1010**

Dear Magistrate Judge Shipp:

      This firm represents defendant Sheriff Juan Perez in this matter. After consultation with the parties, we write this letter to request that the settlement conference presently scheduled for June 9, 2010 be adjourned. This adjournment request is based on the present settlement position of the parties and on the status of discovery.

**Present Settlement Position of the Parties**

      Several recent communications between counsel for the County, Michael Dermody, and counsel for plaintiff, Peter Cresci, demonstrate that a settlement conference at this time will be unhelpful. In early April, plaintiff issued a settlement demand which included monetary and non-monetary terms. After the County responded with a request for a monetary demand only, plaintiff's counsel advised that plaintiff would not bid against himself.

**Status of Discovery**

      The parties have responded to each other's written discovery requests. No depositions have yet occurred, but plaintiff's deposition is presently scheduled to commence on June 25, 2010.

      Defendant Perez believes that before he can meaningfully participate in a settlement conference, it is necessary for plaintiff's deposition to be conducted so that he may fully assess plaintiff's claims against him.

# McElroy, Deutsch, Mulvaney & Carpenter, LLP

Honorable Michael A. Shipp
June 1, 2010
Page 2

      Based on the above-mentioned reasons, defendant Perez respectfully requests that the settlement conference scheduled for June 9, 2010, be adjourned and that it be rescheduled for a date after the completion of plaintiff's deposition.

Respectfully,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

/s/Vimal K. Shah
VIMAL K. SHAH

VKS/li

cc:    Peter Cresci, Esq. (via e-filing and facsimile)
        Michael L. Dermody, First Assistant County Counsel (via e-filing and facsimile)
        John T. Sullivan, Esq. (via e-filing and facsimile)

1442505-1